B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re  **Lisa Lifrak**

Case No.    **10-55652 RLE**

Chapter    **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $680,000.00 | | |
| B - Personal Property | Yes | 5 | $35,382.26 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $976,168.16 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $177,138.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $7,065.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $6,891.58 |
| TOTAL | | 22 | $715,382.26 | $1,153,306.16 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In re **Lisa Lifrak**

Case No. **10-55652 RLE**

Chapter **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$7,065.00** |
| Average Expenses (from Schedule J, Line 18) | **$6,891.58** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$5,351.50** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$296,168.16** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4. Total from Schedule F | | **$177,138.00** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$473,306.16** |

B6A (Official Form 6A) (12/07)

In re  **Lisa Lifrak**                                Case No.   **10-55652 RLE**
                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Detached Home<br>3005 Twin Palms Drive<br>Aptos, CA<br>3br/2ba home | Fee Owner | - | $680,000.00 | $976,168.16 |
| | | **Total:** | **$680,000.00** | |

(Report also on Summary of Schedules)

In re  **Lisa Lifrak**                                     Case No.  **10-55652 RLE**
                                                                   (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CIGNAssurance acct. 2408xxxxx<br>Life insurance payout upon husbands death | - | $11,011.04 |
| | | Comerica CKG xxxxxx6575 | - | $97.94 |
| | | Comerica small business CKG xxxxxx1285<br>(Dettle Insurance acct.) | - | $187.51 |
| | | Comerica Business SVGS xxxxxx2953 | - | $0.00 |
| | | Comerica Business CKG xxxxxx9243 | - | $10.82 |
| | | Comerica Access CKG xxxxxx0532<br>(Dettle Health Care Fund) | - | $10.00 |
| | | Comerica Business CKG xxxxxx4684 | - | $101.45 |
| | | Comerica Business SVG xxxxxx5775 | - | $123.67 |
| | | Santa Cruz County Bank CKG xxxxxx1477 | - | $206.60 |
| | | Santa Cruz County Bank SVG xxxxxx0657 | - | $130.02 |
| | | Union Bank SVG xxxxxx8187 | - | $84.21 |
| | | Union Bank SVG xxxxxx5034 | - | $224.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Furniture, electronics, and appliances | - | $800.00 |

In re **Lisa Lifrak**

Case No. <u>**10-55652 RLE**</u>

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Audio CDs | - | $100.00 |
| 6. Wearing apparel. | | Clothing | - | $200.00 |
| 7. Furs and jewelry. | | Jewelry | - | $50.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | LSW Annuity Acct. 4850xxx | - | $12,374.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Guardian IRA acct. 2101xxxxx | - | $971.00 |
| | | Fidelity 401K (in deceased husband's name); $10,748, Not property of the estate. | - | $0.00 |

In re  **Lisa Lifrak**                                    Case No.  **10-55652 RLE**
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Lisa Lifrak MFCC (business assets including furniture, electronics, books: $500) | - | $500.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Outstanding Invoices | - | $300.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In re  **Lisa Lifrak**

Case No.    **10-55652 RLE**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Honda Odessey, 130K miles | - | $5,900.00 |
| | | 2002 Ford Focus, 2dr, 140K miles | - | $2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Lisa Lifrak**                                    Case No.   **10-55652 RLE**
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____4_____ continuation sheets attached          **Total >**        $35,382.26

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re  **Lisa Lifrak**                                    Case No.  **10-55652 RLE**
                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450.*

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| CIGNAssurance acct. 2408xxxxx Life insurance payout upon husbands death | C.C.P. § 703.140(b)(11)(C) | $11,011.04 | $11,011.04 |
| Comerica CKG xxxxxx6575 | C.C.P. § 703.140(b)(1) | $97.94 | $97.94 |
| Comerica small business CKG xxxxxx1285 (Dettle Insurance acct.) | C.C.P. § 703.140(b)(1) | $187.51 | $187.51 |
| Comerica Business CKG xxxxxx9243 | C.C.P. § 703.140(b)(1) | $10.82 | $10.82 |
| Comerica Access CKG xxxxxx0532 (Dettle Health Care Fund) | C.C.P. § 703.140(b)(1) | $10.00 | $10.00 |
| Comerica Business CKG xxxxxx4684 | C.C.P. § 703.140(b)(1) | $101.45 | $101.45 |
| Comerica Business SVG xxxxxx5775 | C.C.P. § 703.140(b)(1) | $123.67 | $123.67 |
| Santa Cruz County Bank CKG xxxxxx1477 | C.C.P. § 703.140(b)(1) | $206.60 | $206.60 |
| Santa Cruz County Bank SVG xxxxxx0657 | C.C.P. § 703.140(b)(1) | $130.02 | $130.02 |
| Union Bank SVG xxxxxx8187 | C.C.P. § 703.140(b)(1) | $84.21 | $84.21 |
| Union Bank SVG xxxxxx5034 | C.C.P. § 703.140(b)(1) | $224.00 | $224.00 |
| Furniture, electronics, and appliances | C.C.P. § 703.140(b)(3) | $800.00 | $800.00 |
| Audio CDs | C.C.P. § 703.140(b)(3) | $100.00 | $100.00 |
| Clothing | C.C.P. § 703.140(b)(3) | $200.00 | $200.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$13,287.26** | **$13,287.26** |

In re  **Lisa Lifrak**                                      Case No.   **10-55652 RLE**
                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Jewelry | C.C.P. § 703.140(b)(4) | $50.00 | $50.00 |
| LSW Annuity Acct. 4850xxx | C.C.P. § 703.140(b)(10)(E) | $12,374.00 | $12,374.00 |
| Guardian IRA acct. 2101xxxxx | C.C.P. § 703.140(b)(10)(E) | $971.00 | $971.00 |
| Lisa Lifrak MFCC (business assets including furniture, electronics, books: $500) | C.C.P. § 703.140(b)(1) | $500.00 | $500.00 |
| Outstanding Invoices | C.C.P. § 703.140(b)(1) | $300.00 | $300.00 |
| 2004 Honda Odessey, 130K miles | C.C.P. § 703.140(b)(2) C.C.P. § 703.140(b)(1) C.C.P. § 703.140(b)(5) | $3,525.00 $1,200.00 $1,175.00 | $5,900.00 |
| 2002 Ford Focus, 2dr, 140K miles | C.C.P. § 703.140(b)(1) | $2,000.00 | $2,000.00 |
| | | **$35,382.26** | **$35,382.26** |

06/18/2010 07:22:54pm

In re **Lisa Lifrak**

Case No. **10-55652 RLE**

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **9042077412**<br><br>**Central Mortgage Company**<br>**801 John Barrow, Suite 1**<br>**Little Rock, AR 72205** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Fee Owner**<br>COLLATERAL:<br>**Detached Home**<br>REMARKS:<br>**1st mortgage on 3005 Twin Palms Dr.**<br><br>VALUE: **$680,000.00** | | | | **$827,103.46** | **$147,103.46** |
| ACCT #: **4489618320635577**<br><br>**National City Bank**<br>**PO Box 5570**<br>**Cleveland, OH 44101-0570** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Fee Owner**<br>COLLATERAL:<br>**Detached Home**<br>REMARKS:<br>**HELOC on 3005 Twin Palms Dr.**<br><br>VALUE: **$680,000.00** | | | X | **$149,064.70** | **$149,064.70** |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$976,168.16** | **$296,168.16** |
| Total (Use only on last page) > | **$976,168.16** | **$296,168.16** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **Lisa Lifrak**
Case No.    **10-55652 RLE**
                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Lisa Lifrak**

Case No. **10-55652 RLE**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **A56718806**<br>**Allied Interstate**<br>**3000 Corporate Exchange Dr. 5th Floor**<br>**Columbus, OH 43231** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Formerly collecting for Capitol One acct. no. 4121-7412-9195-6048** | | | | **Notice Only** |
| ACCT #:  **xxx-xx-3630**<br>**Atty Gen, US Dept of Justice**<br>**Civil Trial Sec., Western Reg.**<br>**PO Box 683, Ben Franklin Stat.**<br>**Washington, DC 20044** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **749-73835-3427-74**<br>**Bank of America**<br>**P.O. Box 15027**<br>**Wilmington, DE 19850-5027** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$31,605.00** |
| ACCT #:  **4264-2982-7393-9549**<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$13,810.00** |
| ACCT #:  **004-9739-9602-6323**<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Deceased husband's account.** | | | | **$15,142.00** |
| ACCT #:  **84211341**<br>**Bay Area Credit Service LLC**<br>**1901 W 10th St**<br>**Antioch, CA 94509** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Collecting for AT&T-West acct. no. 6858311447485** | | | | **$150.00** |

|  |  |
|---|---|
| Subtotal > | $60,707.00 |

_____**5**_____ continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Lisa Lifrak**

Case No. **10-55652 RLE**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **211784-13-536557-9** <br> **Beneficial/ HSBC** <br> **1492 N. Main Street** <br> **Salinas, CA 93906** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Being collected by West Asset Management reference no. 162351467** | | | | **$21,200.00** |
| ACCT #: **211821-00-596330-5** <br> **Beneficial/ HSBC** <br> **PO Box 1547** <br> **Chesapeake, VA 23320** <br> **Attn: QWR Dept** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$6,350.00** |
| ACCT #: **4121-7412-9195-6048** <br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Being collected by United Recovery Systems reference no. 13990834; previously collected by Allied Interstate reference no. A56718806** | | | | **$1,700.00** |
| ACCT #: **4388-5760-2606-2243** <br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **Chase Bank vs. Lisa Lifrak, CV166707; Represented by JPMorgan Chase Legal Department** | | | | **Notice Only** |
| ACCT #: **xxx-xx-3630** <br> **ChexSystems** <br> **Consumer Relations** <br> **7805 Hudson Rd., #100** <br> **Woodbury, MN 55125** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **011315221** <br> **Client Services** <br> **3451 Harry S Truman Blvd.** <br> **St. Charles, MO 63301** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Collecting for Elan Financial/Comerica acct. no. 5529-5200-0117-9157** | | | | **$11,400.00** |

Sheet no. ____1____ of ____5____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$40,650.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Lisa Lifrak**  Case No. **10-55652 RLE**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **5529-5200-0117-9157** <br> **Elan Financial Services/ Comerica** <br> **PO Box 108** <br> **St. Louis, MO 63166-9801** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **Being collected by Client Services Inc.** <br> **reference no. 011315221** | | | | **Notice Only** |
| ACCT #: <br> **Environmental Foam Systems** <br> **15 Vernon Avenue** <br> **Newport, RI 02840** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$5,560.00** |
| ACCT #: **xxx-xx-3630** <br> **Franchise Tax Board** <br> **PO Box 942867** <br> **Sacramento, CA 94267-0041** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Gregory Steshenko** <br> **3030 Marlo Court** <br> **Aptos, CA  95003** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Possible litigation claim.** | X | X | | **Unknown** |
| ACCT #: **5427-7543-1089-0120** <br> **HSBC** <br> **PO Box 5250** <br> **Carol Stream, IL 60197-5250** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$8,300.00** |
| ACCT #: **xxx-xx-3630** <br> **Internal Revenue Service** <br> **Insolvency, MS 5420/5430** <br> **Special Procedures** <br> **55 S. Market St.** <br> **San Jose, CA 95113-21334** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ____**2**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$13,860.00**

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lisa Lifrak**

Case No.   **10-55652 RLE**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xx-3630** <br> **Internal Revenue Service Insolvency Section PO Box 21126, Stop N781 Philadelphia, PA 19114** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **10468618** <br> **J&L Teamworks 651 N. Cherokee Lane, #B2 Lodi, CA 95240** | | - | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: <br> **Collecting for Santa Cruz Medical Foundation** | | | | **$600.00** |
| ACCT #:  **CV166707** <br> **JPMorgan Chase Legal Dept. 300 S. Grand Ave., 4th floor Los Angeles, CA 90071** | | - | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: <br> **Counsel for Chase; Chase Bank vs. Lisa Lifrak CC # 4388-5760-2606-2243** | | | | **$12,800.00** |
| ACCT #: <br> **Kerala Ayurveda Clinic in Aptos 9099 Soquel Drive #7 Aptos, Ca 95003** | | - | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | **$300.00** |
| ACCT #:  **120001277516** <br> **Law Offices G. Reynolds Sims 2075 W. Big Beaver Road, Ste.200 Troy, Michigan 48084** | | - | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: <br> **Collecting for MBNA** | | | | **$13,810.00** |
| ACCT #:  **1546001800300336** <br> **Law Offices of Harrison Ross Byck, P.C. 229 Plaza Blvd., Suite 112 Morrisville, PA 19067** | | - | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: <br> **Collecting for MBNA** | | | | **$31,650.00** |

Sheet no. ____**3**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$59,160.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lisa Lifrak**

Case No.  **10-55652 RLE**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **76295-49021**<br>**National Grid**<br>**PO Box 960**<br>**Northborough, MA 01532-0960** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Being collected by NCO Financial reference no. 1J6NLI** | | | | **Notice Only** |
| ACCT #:  **1J6NLI**<br>**NCO Financial Systems Inc**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>**Collecting for National Grid/ Narraganset Electric Co. acct. no. 76295-49021** | | | | **$76.00** |
| ACCT #:<br>**Patrick Nolan**<br>**c/o Ed and Dawn Smith**<br>**117 Kansas Road**<br>**Rhinebeck, NY  12572** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | X | **$1,300.00** |
| ACCT #:  **9798529196-1**<br>**Sallie Mae Servicing**<br>**PO Box 9500**<br>**Wilkes-Barre, PA  18773-9500** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **2105901**<br>**Stanford Hospital & Clinics**<br>**File 74432 PO Box 60000**<br>**San Francisco, CA 94160** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$30.00** |
| ACCT #:  **L16752**<br>**Thomas S. Young, D.D.S.**<br>**3319 Mission Drive**<br>**Santa Cruz, CA 95065** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$900.00** |

Sheet no. ____**4**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $2,306.00 |
| **Total >** | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Lisa Lifrak**

Case No. <u>**10-55652 RLE**</u>
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **13990834**<br>**United Recovery Systems, Inc.**<br>**5800 North Course Drive**<br>**Houston, TX 77072** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Capitol One acct. no 4121-7412-9195-6048** | | | | **Notice Only** |
| ACCT #: **xxx-xx-3630**<br>**US Atty, Chief Tax Division**<br>**450 Golden Gate Ave.**<br>**10th Floor, Box 36055**<br>**San Francisco, CA 94102** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **07513228**<br>**Weltman, Weinberg & Reis Co., LPA**<br>**525 Vine Street, Suite 800**<br>**Cincinnati, OH 45202** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Atty. for National City Bank, HELOC # 4489-6183-2063-5577** | | | | **Notice Only** |
| ACCT #: **162351467**<br>**West Asset Management**<br>**7171 Mercy Road**<br>**Omaha, NE 68106** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Beneficial/HSBC acct. no. 211784-13-536557-9** | | | | **Notice Only** |
| ACCT #: **184083338**<br>**West Asset Management**<br>**7171 Mercy Road**<br>**Omaha, NE 68106** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Collecting for Household Finance Loan acct. no. 21840200336809** | | | | **$455.00** |
| | | | | | | | |

Sheet no. <u>**5**</u> of <u>**5**</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$455.00**

Total > | **$177,138.00**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re   **Lisa Lifrak**

Case No.   **10-55652 RLE**
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Lisa Lifrak**                                            Case No.  **10-55652 RLE**
                                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  **Lisa Lifrak**                                    Case No.   __10-55652 RLE__
                                                                          (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s):  Son | Age(s): 16 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Therapist | |
| Name of Employer | Self Employed | |
| How Long Employed | 20 Years | |
| Address of Employer | 8054 Valencia Street  Aptos, CA 95003 | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | SUBTOTAL | $0.00 | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
| | b. Social Security Tax | $0.00 | |
| | c. Medicare | $0.00 | |
| | d. Insurance | $0.00 | |
| | e. Union dues | $0.00 | |
| | f. Retirement | $0.00 | |
| | g. Other (Specify) _____ | $0.00 | |
| | h. Other (Specify) _____ | $0.00 | |
| | i. Other (Specify) _____ | $0.00 | |
| | j. Other (Specify) _____ | $0.00 | |
| | k. Other (Specify) _____ | $0.00 | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $3,830.00 | |
| 8. | Income from real property | $0.00 | |
| 9. | Interest and dividends | $0.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | |
| 12. | Pension or retirement income | | |
| 13. | Other monthly income (Specify): | | |
| | a. Social Security for Son | $1,080.00 | |
| | b. Residual income from Deceased Spouse's B | $1,560.00 | |
| | c. Room Rental | $595.00 | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $7,065.00 | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $7,065.00 | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $7,065.00 |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Rental income will increase in July, 2010.**

IN RE:   **Lisa Lifrak**

Case No.   __10-55652 RLE__
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $3,400.08 |
|    a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|    b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $225.00 |
|              b. Water and sewer | $35.00 |
|              c. Telephone | $96.70 |
|              d. Other:   Garbage | $55.00 |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | $550.00 |
| 5. Clothing | $50.00 |
| 6. Laundry and dry cleaning | $25.00 |
| 7. Medical and dental expenses | $50.00 |
| 8. Transportation (not including car payments) | $100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $15.00 |
| 10. Charitable contributions | $100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | |
|           b. Life | $172.80 |
|           c. Health | $906.00 |
|           d. Auto | $93.00 |
|           e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto: | |
|           b. Other: | |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $762.50 |
| 17.a. Other: See attached personal expenses | $255.50 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$6,891.58** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $7,065.00 |
| b. Average monthly expenses from Line 18 above | $6,891.58 |
| c. Monthly net income (a. minus b.) | $173.42 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE:   **Lisa Lifrak**                                    CASE NO    **10-55652 RLE**

                                                           CHAPTER    **13**

## EXHIBIT TO SCHEDULE J

## Itemized Business Expenses
### Lisa Lifrak, MFCC

| Expense | Category | Amount |
|---|---|---|
| Rent | Rent | $500.00 |
| Electricity | Utilities | $15.00 |
| Land Line | Telephone | $40.00 |
| Insurance | Professional Fees | $12.50 |
| Continuing Education | Professional Fees | $25.00 |
| Advertising | Professional Fees | $170.00 |
| | **Total >** | **$762.50** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE:   **Lisa Lifrak**                                                      CASE NO   **10-55652 RLE**

                                                                             CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

*Continuation Sheet No. 1*

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Cable | **$22.00** |
| Internet | **$58.50** |
| Son's after school activities | **$100.00** |
| Grooming | **$50.00** |
| Pet Care | **$25.00** |
| **Total >** | **$255.50** |

In re  **Lisa Lifrak**

Case No.  **10-55652 RLE**
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**24**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **06/14/2010**_____

Signature  **/s/ Lisa Lifrak**_____
*Lisa Lifrak*

Date  _____

Signature  _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*